UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff   ) | |
| ) | |
| v.   ) | Civ. No. 3:14-cv-1033 (CSH) |
| ) | |
| FIRST NEW ENGLAND CAPITAL 2 L.P.   ) | |
| ) | APRIL 29, 2016 |
| Defendant   ) | |
| ) | |

# ORDER

This matter came upon the Motion of the U.S. Small Business Administration as Receiver for First New England Capital 2, L.P. ("FNEC2") for an Order for Entry of an Order Approving Approving the Wind Up and Termination of the Receivership, Approving the Final Receiver's Report and Discharging the Receiver. After careful consideration, this Court, being duly advised on the merits of the Motion,

**HEREBY ORDERS AND DECREES THAT:**

1. The Receiver's Motion is granted in its entirety0

2. This Court approves and confirms (a) the Final Receiver's Report, (b) the Summary of Cash Receipts and Disbursements of FNEC2 for the period October 1, 2015 through April 12, 2016, and (3) each and every action and transaction taken by the Receiver as reported in the Final Receiver's Report.

3. The Receiver's agents are hereby ordered to perform all final administrative and accounting tasks necessary to wind'up and close the FNEC2 receivership estate in an

orderly manner, and to discharge the Receiver and its agents. These tasks include, but are not limited to the following: a) finalizing the accounting books and records of FNEC2, filing a final tax return and closing the receivership bank account; b) delivering the files and records of FNEC2 to the Federal Record Center, with the exception of those pre-receivership files of FNEC2 that will either be transferred to, and accepted by, FNEC2's general partner FINEC Corp. or will be destroyed by the most cost effective means and c) transferring the remaining FNEC2 assets to SBA in partial satisfaction of SBA Preferred Limited Partnership interest. The Receiver will undertake and complete these tasks within ninety (90) days after receipt of notification of the entry of this Final Order by this Court.

4. This Court approves and confirms the form and manner of procedures for winding up and closing the FNEC2 receivership as set forth in the Memorandum of Law in Support of the Motion filed by the Receiver. Within ninety (90) days of receipt of notification of the entry of this Final Order, the Receiver and its agents shall perform any and all final administrative and accounting tasks necessary to implement the provisions of this Final Order in order to wind'up and terminate the FNEC2 receivership and discharge the Receiver, its agents, attorneys, contractors, the SBA, and its employees, and all other persons who have acted on the Receiver's behalf.

5. Any and all expenses associated with the windup and closing procedures shall be and are hereby chargeable and payable as administrative expenses of the FNEC2 receivership. Any funds not expended in the closing of the FNEC2 receivership shall be remitted to the SBA, along with reconciliation, within six (6) months of closing the FNEC2 receivership.

6. Stephanie Sheridan, Principal Agent for the Receiver, Charlotte Glenn, Financial

Analyst, Office of Liquidation, U.S. Small Business Administration, or such other agent or employee as the SBA in its sole discretion shall designate, are hereby appointed and authorized to sign on behalf of the Receiver any and all documents necessary to wind"up and close the FNEC2 receivership.

7. Within ninety (90) days of the Receiver's receipt of notification of entry of this Final Order, the FNEC2 partnership shall be dissolved.

8. Following the payment of all administrative expenses of the FNEC2 receivership, the Receiver is hereby ordered and authorized to transfer the balance of cash remaining in the bank account of the FNEC2 receivership estate, as well as any remaining assets, to SBA in partial satisfaction of the outstanding Receiver's Certificates and SBA's Preferred Limited Partnership interest in accordance with this Court's June 5, 2015 Order.

9. The Receiver shall return control of FNEC2's pre-receivership files to its general partner, FINEC Corp. If such documents are not accepted by FNEC2's general partner, the Receiver shall destroy those documents via the most cost effective method.

10. The Receiver shall transfer any post receivership files to SBA for delivery to the Federal Record Center. The Receiver is requesting that SBA be authorized to dispose of these records and files six (6) years from the date of entry of the proposed Order. The Receiver is requesting that in the event that FNEC2's equity holders wish to obtain copies of such documents, such persons be ordered to serve a written request upon SBA, to the attention of Charlotte Glenn, Financial Analyst, Office of SBIC Liquidation, Investment Division, U.S. Small Business Administration, 409 Third Street, S.W., Sixth Floor, and Washington, D.C. 20416 within six years after the entry of the Final Order.

11. The Receiver is hereby authorized and ordered to surrender FNEC2's SBIC license to the SBA, to the attention of Charlotte Glenn, Financial Analyst, Office of Liquidation, U.S. Small Business Administration, 409 Third Street, S.W., Sixth Floor, Washington, D.C. 20416, and the SBA is hereby authorized to revoke said license upon entry of this Final Order.

12. The Receiver is hereby ordered to file a Final Notice with this Court confirming that the Receiver has completed the procedures enumerated in the Final Order for winding up and closing the FNEC2 receivership.

13. The Receiver is hereby ordered to serve a copy of this Final Order upon the general and limited partners of FNEC2.

14. The Receiver is hereby ordered to serve notice of the entry of the Final Order, and the transfer of control of FNEC2, upon the federal and state tax offices, the Delaware Secretary of State, and upon FNEC2's registered agent for service of process.

15. All claims against and obligations of FNEC2, the FNEC2 receivership estate, and the Receiver and its current and former agents, attorneys, employees, contractors, and all other persons who acted on the Receiver's behalf, arising from or relating in any way to the FNEC2 receivership, shall be discharged within ninety (90) days of receipt by the Receiver of notification of entry of this Final Order.

16. The FNEC2 receivership is terminated, the SBA is discharged as Receiver, and the SBA, its employees, officers, agents, contractors, attorneys, and any other person who acted on behalf of the Receiver, are hereby discharged and released from any and all claims, obligations and liabilities arising from or relating to the activities, conduct or management and operation of FNEC2, the FNEC2 receivership and the FNEC2 receivership estate, within ninety

(90) days of the Receiver receiving notification of entry of this Final Order.

17. The stay imposed by this Court pursuant to paragraphs 7 and 8 of the Receivership Order dated September 26, 2014 shall be and is hereby lifted in its entirety, within ninety (90) days of receipt by the Receiver of notification of entry of this Final Order.

**It is SO ORDERED.**

**Dated: New Haven, Connecticut
April 29, 2016**

/s/Charles S. Haight, Jr.
**CHARLES S. HAIGHT, JR.
Senior United States District Judge**